# IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

BONNIE SCHNEIDER )
)
Plaintiff, )
)
v. )   Case No. CPU4-20-003550
)
AMERICAN CAR WASH, INC. )
)
Defendant. )

Submitted: December 1, 2021
Decided: December 1, 2021

**COME NOW**, this 1st day of December 2021, this Court having considered Appellant's Motion for Motion for Continuance, the Court ORDERS as follows:

1. Trial is re-scheduled for January 26, 2022.

2. Appellant's Motion to Appear on Zoom is DENIED.

3. Appellee's Motion for Summary Judgment will be addressed on the day of trial.

Carl. C. Danberg
Chief Judge